**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| PAL PARSHALL, Individually and On Behalf of All Others Similarly Situated,  )<br>)<br>)  Plaintiff,  )<br>)<br>v.  )<br>)<br>WASHINGTONFIRST BANKSHARES, )<br>INC., SHAZA L. ANDERSEN, CHARLES )<br>ELLIOTT ANDREWS, JOSEPH S. )<br>BRACEWELL, JOSEPHINE S. COOPER, )<br>STEPHEN M. CUMBIE, JOHN H. )<br>DALTON, RICHARD D. HORN, JUAN A. )<br>MENCIA, OBIORA MENKITI, CAREN D. )<br>MERRICK, LARRY D. MEYERS, MARK C. )<br>MICHAEL, MADHU K. MOHAN, KEN )<br>MORRISSETTE, JAMES P. MULDOON, )<br>WILLIAM C. OLDAKER, JON M. )<br>PETERSON, RANDALL S. PEYTON, JOE )<br>R. REEDER, WILLIAM G. REILLY, GAIL )<br>R. STECKLER, JOHNNIE E. WILSON, )<br>SANDY SPRING BANCORP, INC., and )<br>TOUCHDOWN ACQUISITION, INC., )<br>)<br>Defendants.  ) | Case No. 1:17-cv-00877-TSE-JFA |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

| | |
|---|---|
| Dated: September 11, 2017 | **LEVI & KORSINSKY LLP** |
| | By: */s/ Elizabeth K. Tripodi* <br> Elizabeth K. Tripodi, VA Bar #73483 <br> 1101 30th Street NW, Suite 115 <br> Washington, D.C. 20007 <br> Telephone: (202) 524-4290 <br> Facsimile: (202) 333-2121 <br> etripodi@zlk.com |
| | *Attorneys for Plaintiff* |

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2017, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all registered users.

By: */s/ Elizabeth Tripodi*
Elizabeth Tripodi, VA Bar #73483
LEVI & KORSINSKY LLP
1101 30th St. NW, Suite 115
Washington, D.C. 20007
Telephone:   (202) 524-4290
Facsimile:   (202) 333-2121
etripodi@zlk.com