IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) WASHINGTONFIRST BANKSHARES, INC., SHAZA L. ANDERSEN, CHARLES ELLIOTT ANDREWS, JOSEPH S. BRACEWELL, JOSEPHINE S. COOPER, STEPHEN M. CUMBIE, JOHN H. DALTON, RICHARD D. HORN, JUAN A. MENCIA, OBIORA MENKITI, CAREN D. MERRICK, LARRY D. MEYERS, MARK C. MICHAEL, MADHU K. MOHAN, KEN MORRISSETTE, JAMES P. MULDOON, WILLIAM C. OLDAKER, JON M. PETERSON, RANDALL S. PEYTON, JOE R. REEDER, WILLIAM G. REILLY, GAIL R. STECKLER, JOHNNIE E. WILSON, SANDY SPRING BANCORP, INC., and TOUCHDOWN ACQUISITION, INC., ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:17-cv-00877-TSE-JFA |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

So Ordered

/s/ _____  9/11/17
T. S. Ellis, III
United States District Judge

Dated: September 11, 2017

**LEVI & KORSINSKY LLP**

By: */s/ Elizabeth K. Tripodi*
Elizabeth K. Tripodi, VA Bar #73483
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
etripodi@zlk.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800